```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

|  |  |
|---|---|
| BRITTANY STOUT, | |
| Plaintiff, | No. 21-CV-6398 (RA) |
| v. | ORDER AND NOTICE OF INITIAL CONFERENCE |
| HARVEST HEALTH & RECREATION INC., MARK N. BARNARD, STEVEN M. WHITE, ELROY P. SAILOR, ANA DUTRA, EULA L. ADAMS, and MICHAEL SCOTT ATKISON, | |
| Defendants. | |

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 7/30/2021

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that, by October 15, 2021, the parties submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that, by October 15 2021, the parties jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at https://nysd.uscourts.gov/hon-ronnie-abrams. The status letter and the proposed case management plan should be filed electronically on ECF, consistent with the Court's Electronic Case Filing (ECF) Rules & Instructions, which were updated on April 1, 2020, and are available at https://nysd.uscourts.gov/rules/ecf-related-instructions. Please consult my Individual Rules and Practices with respect to communications with Chambers and related matters.

IT IS FURTHER ORDERED that counsel for all parties appear for an initial status conference on October 22, 2021 at 3:00 p.m. The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

If Defendants has been properly served and the parties are available to proceed with an initial status conference prior to October 22, 2021, the parties shall notify the Court and propose alternative dates for the conference.

Plaintiff is ordered to serve Defendants with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:   July 30, 2021
         New York, New York

Ronnie Abrams
United States District Judge