UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITTANY STOUT,<br><br>                    Plaintiff,<br><br>v.<br><br>HARVEST HEALTH & RECREATION INC., MARK N. BARNARD, STEVEN M. WHITE, ELROY P. SAILOR, ANA DUTRA, EULA L. ADAMS, and MICHAEL SCOTT ATKISON,<br><br>                    Defendants | Case No.: 1:21-cv-06398-RA |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses her claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: August 24, 2021

OF COUNSEL:

**KAHN SWICK & FOTI, LLC**
Michael J. Palestina
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Tel.: (504) 455-1400
Fax: (504) 455-1498
E-mail: Michael.Palestina@ksfcounsel.com

*Attorneys for Plaintiff*

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*